IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 07- 77-UNA |
| CLARENCE LEWIS, | ) |
| | ) REDACTED |
| Defendant. | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

From on or about July 30, 2006, to on or about May 3, 2007, in the State and District of Delaware, CLARENCE LEWIS, defendant herein, a person required to register under the Sex Offender Registration and Notification Act, Title 42, United States Code, Section 16901 et seq. ("SORNA"), having traveled in interstate commerce subsequent to his conviction for a sex offense, to wit, a conviction on August 19, 1996, in the state of New Jersey for Aggravated Sexual Assault, did knowingly fail to register and update a registration as required by SORNA, in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: June 5, 2007



FILED
JUN - 5 2007
U.S. COURT
DISTRICT DELAWARE