IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 07-77 |
| | ) |
| CLARENCE M. LEWIS, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Clarence M. Lewis as a result of the Indictment returned against him on June 5, 2007

COLM F. CONNOLLY
United States Attorney

By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: June 12, 2007

AND NOW, this __14__ day of __June__, 2007, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Clarence M. Lewis.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
JUN 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE