IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 07-77 |
| ) | |
| CLARENCE LEWIS, ) | |
| ) | |
| Defendant. ) | |

PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On June 5, 2007, the defendant, Clarence Lewis, was indicted for being un unregistered sex offender, in violation of 18 U.S.C. § 2250.

2. Clarence Lewis (d.o.b. 08/15/1979) is currently a detainee on various State offenses. The defendant is detained at the Sussex Correctional Institution, Georgetown Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. His initial appearance is scheduled for Thursday, August 2, 2007, at 1:00 pm.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility, to bring the said defendant Clarence Lewis before this Court on Thursday, August 2, 2007, at 1:00 pm for an Initial

Appearance and to be held in federal custody until the conclusion of the federal prosecution.

          Respectfully Submitted,

          COLM F. CONNOLLY
          United States Attorney

          By: _____
          Hana H. Eisenstein
          Assistant United States Attorney

Dated: July 26, 2007

**IT IS SO ORDERED** this _____ day of _____, 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court