IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-077-SLR |
| | ) |
| CLARENCE LEWIS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 11th day of September, 2007,

IT IS ORDERED that plaintiff's motion for a scheduling conference (D.I. 13) is granted as follows: A telephonic status conference is scheduled for **Friday, September 28, 2007** at **9:30 a.m.**, with the court initiating said call.

_____
United States District Judge