IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-077-SLR |
| ) | |
| CLARENCE LEWIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 28th day of September 2007, having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that a change of plea hearing is scheduled for **Wednesday, October 17, 2007** at **2:30 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this order and the **October 17, 2007** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(l).

                                                                                      */s/*
                                              United States District Judge