# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. 07-77-SLR |
| v. | § | |
| | § | |
| CLARENCE LEWIS | § | |
| Defendant. | § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF SUSSEX CORRECTIONAL INSTITUTION, GEORGETOWN, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **CLARENCE LEWIS** who is now detained and imprisoned in the SUSSEX CORRECTIONAL INSTITUTION and who is a defendant in the above-entitled cause, in which cause the said **CLARENCE LEWIS** was charged with a violation 18 U.S.C. Section 2250 ( Failure to register as a sex offender ), and is scheduled for an INITIAL APPEARANCE **on THURSDAY, AUGUST 2, 2007** at **1:00 PM** and to remain in the custody of the United States Marshal until the conclusion of the charges.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 27TH day of December 2007.

PETER T. DALLEO, CLERK

By: _____
        Deputy Clerk

CERTIFIED: 7/30/10
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK

BY_____
        Deputy Clerk