AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **DELAWARE**

UNITED STATES OF AMERICA

V.

CLARENCE M. LEWIS

**WARRANT FOR ARREST**

Case Number: CR 07-77-SLR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **CLARENCE M. LEWIS**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with    (brief description of offense)

FAILURE TO REGISTER AS A SEX OFFENDER - ( COUNT I )

in violation of Title ____18____ United States Code, Section(s) ____2250(a)____

PETER T. DALLEO
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

BY: [signature] ; DEPUTY CLERK
Signature of Issuing Officer

JUNE 14, 2007 at WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm De

| DATE RECEIVED 6-14-07 | NAME AND TITLE OF ARRESTING OFFICER William David, DUSM | SIGNATURE OF ARRESTING OFFICER William David |
|---|---|---|
| DATE OF ARREST 8-9-07 | | |

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____
_____